| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF KANSAS | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Blush Bootcamp LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1033425** | |
| 4. | **Debtor's address** | **Principal place of business** **2408 W 180th St** **Stilwell, KS 66085** Number, Street, City, State & ZIP Code  **Johnson** County | **Mailing address, if different from principal place of business** **13301 W. 133rd Ct.** **Apt 2302** **Overland Park, KS 66213** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| Debtor | **Blush Bootcamp LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8121__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** *that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| Debtor | **Blush Bootcamp LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Blush Bootcamp LLC**
_____ Case number (*if known*)_____
Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

| Debtor | **Blush Bootcamp LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 24, 2024**
MM / DD / YYYY

**X** **/s/ Max Gellert**          **Max Gellert**
Signature of authorized representative of debtor          Printed name

Title **President and CEO**

**18. Signature of attorney**

**X** **/s/ George J Thomas**          Date **June 24, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**George J Thomas 19230**
Printed name

**Phillips & Thomas LLC**
Firm name

**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
Number, Street, City, State & ZIP Code

Contact phone **913-385-9900**          Email address **geojthomas@gmail.com**

**19230 KS**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blush Bootcamp LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Bailey Borlack et al LLC**<br>150 S Wacker Ste 2400<br>Chicago, IL 60608 | | collection | | | | $44,217.00 |
| **Bear Window Cleaning Service**<br>425 Ramsey Ln<br>Cookeville, TN 38501 | | services | | | | $500.00 |
| **Bergman**<br>9411 F Street<br>Omaha, NE 68127 | | business loan | | | | $28,893.00 |
| **David Steinberg PC**<br>550 W Merrill Ste 100<br>Birmingham, MI 48009 | | services | | | | $3,800.00 |
| **EDIL Loan**<br>Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | business loan | | $300,000.00 | $160,000.00 | $300,000.00 |
| **Fastsigns Natl Advert Council**<br>2542 Highlander Way<br>Carrollton, TX 75006 | | vendor | | | | $527.00 |
| **Fundation**<br>11501 Sunset Hills Rd<br>Reston, VA 20190 | | business loan | | | | $75,000.00 |
| **Geneva Capital LLC**<br>1311 Broadway St<br>Alexandria, MN 56308 | | business loan | | | | $100,000.00 |

Debtor **Blush Bootcamp LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Geneva Capital LLC**<br>1311 Broadway St<br>Alexandria, MN 56308 | | **Assorted office equipment** | | $32,765.00 | $10,000.00 | $22,765.00 |
| **IRS**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | **sales taxes** | | | | $50,000.00 |
| **Kaster Architects Inc**<br>7304 W 130th St Ste 170<br>Overland Park, KS 66213 | | **services** | | | | $9,240.00 |
| **KMCI**<br>Scripps Media INc<br>PO Box 204224<br>Dallas, TX 75320 | | **services** | | | | $2,000.00 |
| **Leviton Law Firm Ltd**<br>1 Pierce Place<br>Ste 725W<br>Itasca, IL 60143 | | **services** | | | | $500.00 |
| **Maenner and Assoc LLC**<br>2723 Stockley Ln<br>Downingtown, PA 19335 | | **collection** | | | | $940.00 |
| **Mulligan Funding**<br>4715 Viewridge Ave<br>Ste 100<br>San Diego, CA 92123 | | **business loan** | | | | $95,000.00 |
| **Regent Bank**<br>7136 S Yale Ave<br>Ste 100<br>Tulsa, OK 74136 | | **business loan** | | | | $415,000.00 |
| **Regent Bank**<br>7136 S Yale Ave<br>Ste 100<br>Tulsa, OK 74136 | | **business loan** | | $300,000.00 | $160,000.00 | $140,000.00 |
| **Shopify**<br>33 New Montgomery St<br>Ste 750<br>San Francisco, CA 94105 | | **services** | | | | $14,000.00 |
| **Somerset Plaza**<br>4601-4621 W 90th Street<br>Overland Park, KS 66207 | | **business loan** | | | | $31,430.00 |

Debtor **Blush Bootcamp LLC**      Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Whitfield Eddy Law**<br>**Attn: Anna Mallen**<br>**699 Walnut St Ste 2000**<br>**Des Moines, IA 50309** | | **services** | | | | **$6,000.00** |

| | | |
|---|---|---|
| Abacus CPAs<br>1835 E Republic Rd<br>Ste 200<br>Springfield MO 65804 | EDIL Loan<br>Small Business Administration<br>409 3rd St SW<br>Washington DC 20416 | Kaster Architects Inc<br>7304 W 130th St Ste 170<br>Overland Park KS 66213 |
| Accurate Commercial<br>9500 University Ave<br>Ste 2112<br>West Des Moines IA 50266 | Falgers Inc DBA Parkway Center<br>Townsite Tower<br>534 S Kansas Ave Ste 175<br>Topeka KS 66604 | Kelly Gelllert<br>2408 W 180th St<br>Stilwell KS 66085 |
| Bailey Borlack et al LLC<br>150 S Wacker Ste 2400<br>Chicago IL 60608 | Fastsigns Natl Advert Council<br>2542 Highlander Way<br>Carrollton TX 75006 | Kettlestone Retail<br>9500 University Ave Set 2112<br>West Des Moines IA 50266 |
| Bear Window Cleaning Service<br>425 Ramsey Ln<br>Cookeville TN 38501 | Fundation<br>11501 Sunset Hills Rd<br>Reston VA 20190 | KMCI<br>Scripps Media INc<br>PO Box 204224<br>Dallas TX 75320 |
| Bergman<br>9411 F Street<br>Omaha NE 68127 | Geneva Capital LLC<br>1311 Broadway St<br>Alexandria MN 56308 | Leviton Law Firm Ltd<br>1 Pierce Place<br>Ste 725W<br>Itasca IL 60143 |
| BMO Bank<br>150 S Wacker Ste 2400<br>Chicago IL 60606 | Internal Revenue Service<br>Special Procedures Branch<br>271 W 3rd St N   Ste 3000<br>STOP 5333 WIC<br>Wichita KS 67202 | Maenner and Assoc LLC<br>2723 Stockley Ln<br>Downingtown PA 19335 |
| BP Market Square LLC<br>100 Walnut St Ste 2000<br>Copaken Brooks<br>Kansas City MO 64106 | Iowa Department of Revenue<br>1305 E Walnut St<br>4th Floor 0107<br>Des Moines IA 50319 | Markel Service Inc<br>PO Box 660862<br>Dallas TX 75266 |
| Cherry Hills Properties LLC<br>c/o Colliers International<br>4520 Main St<br>Ste 1000<br>Kansas City MO 64111 | Iowa Dept of Revenue<br>Accounts Receivable<br>PO Box 10471<br>Des Moines IA 50306 | Max Gellert<br>13301 W 133rd Ct<br>Apt 2302<br>Overland Park KS 66213 |
| Colliers Intl<br>4520 Main St<br>Ste 1000<br>Kansas City MO 64111 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Mulligan Funding<br>4715 Viewridge Ave<br>Ste 100<br>San Diego CA 92123 |
| David Steinberg PC<br>550 W Merrill<br>Ste 100<br>Birmingham MI 48009 | Kansas Dept of Revenue<br>Division of Taxation<br>120 SE 10th Ave<br>PO Box 3506<br>Topeka KS 66625 | Passionate Lives LLC<br>Cherry Hill Properties<br>4520 Main St Ste 200<br>Kansas City MO 64111 |

Prairie Trail Commercial
9500 University Ave Set 2112
West Des Moines IA 50266


Quality Hill KC LLC
221 Bolivar St
Jefferson City MO 65101


Regent Bank
7136 S Yale Ave
Ste 100
Tulsa OK 74136


RPT Realty LP
PO Box 30344
Tampa FL 33630


Shopify
33 New Montgomery St
Ste 750
San Francisco CA 94105


Shoppes of Grayhawk
c/o The Lundco
450 Regency Pkwy Ste 200
Omaha NE 68144


Small Business Administration
14925 Kingsport Rd
Fort Worth TX 76155-2243


Somerset Plaza
4601-4621 W 90th Street
Overland Park KS 66207


Somerset Plaza Holdings LLC
11415 W 87th Terr
Overland Park KS 66214


Whitfield Eddy Law
Attn: Anna Mallen
699 Walnut St Ste 2000
Des Moines IA 50309

# United States Bankruptcy Court
## District of Kansas

In re **Blush Bootcamp LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blush Bootcamp LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 24, 2024**
Date

**/s/ George J Thomas**
**George J Thomas 19230**
Signature of Attorney or Litigant
Counsel for **Blush Bootcamp LLC**
**Phillips & Thomas LLC**
**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
**913-385-9900**
**geojthomas@gmail.com**