## ATTORNEY'S AFFIDAVIT PURSUANT TO 11 U.S.C. Sect. 329 AND FED. R. BANKR. P. 2014 AND 2016

STATE OF KANSAS    )
                            )
                            ) ss:
COUNTY OF JOHNSON   )

George J. Thomas, being first duly sworn on oath, states as follows:

1. I am a member of the firm of Phillips & Thomas LLC, which maintains an office at 5251 W 116th Place, Ste. 200, Leawood KS 66211.

2. Neither I nor Phillips & Thomas LLC have any financial connection with the debtor Blush Bootcamp LLC or its estate.

3. Neither I nor Phillips & Thomas LLC have any agreement or understanding with any other person for division of compensation, except with members of Phillips & Thomas LLC, as permitted by the bankruptcy code. Neither have I entered into any agreement which is prohibited by USC Title 18, Sect. 155.

4. To the best knowledge of George J. Thomas, Phillips & Thomas LLC, and its members, neither the Firm nor its members are connected in any other manner with the debtor, or with creditors in this matter. Thus, the firm and its members are disinterested parties as defined in 11 U.S.C. Sect. 101(14), representing no interest adverse to the debtor or the estate on the matters upon which they are to be engaged, and their employment would be in the best interests of the bankruptcy estate.

5. Firm has received an amount of $18,262.00 from debtor as disclosed on Form 2030 (Compensation Statement of Attorney).

6. I understand that I have a continuing duty to disclose any adverse interest and change in my status as a disinterested party.

1

7. I understand that the Court's approval of the debtor's application to employ Phillips & Thomas LLC does not constitute approval of the proposed terms of compensation set forth herein and that, pursuant to 11 USC Sect. 328(a), the Court may allow compensation on terms different from those proposed.

8. Based on the foregoing statement, I believe that I and Phillips & Thomas LLC are "disinterested persons" within the meaning of 11 U.S.C. Sect. 101(14) and Sect. 327 and that our proposed retention as counsel for debtor is not prohibited by Fed. R. Bankr. 5002.

/s/ George J. Thomas

George J. Thomas #19230

Subscribed and sworn to before me on this 25 th day of June 2024.

NOTARY PUBLIC – State of Kansas
PAUL HOFFMANN
My Appt. Exp. 8/21/27

2