IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS


In Re:                                    )
                                          )
Blush Bootcamp LLC,                       )              Case No. 24-20785
                                          )              Ch. 11
                                          )
              Debtor                      )


### SUPPLEMENTAL INFORMATION TO COUNSEL FOR DEBTOR'S APPLICATION TO EMPLOY


COMES NOW, Counsel for Debtor, by and through attorney Phillips & Thomas LLC,

hereby provides the following supplemental information to its Application to Employ per the

request of the U.S. Trustee:

1. The amount of pre-petition attorney fees incurred but not paid before the filing of the

   Debtor's case is $1,166.55 ($350/hr. x 3.333 hrs.).

WHEREFORE, Counsel for Debtor discloses this supplemental information.


                                    Respectfully Submitted,


                                    Phillips & Thomas LLC

                                    By:  /s/  George J. Thomas 19230
                                    5251 W 116th Place Ste 200
                                    Leawood KS 66211
                                    Phone:  913 385 9900
                                    Email:  geojthomas@gmail.com


1