**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of August, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 24-20785 |
| Blush Bootcamp LLC *et. al*., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtor | ) | |

<u>ORDER GRANTING APPLICATION TO EMPLOY</u>

1. Counsel for Debtor's application to employ is hereby GRANTED.

IT IS SO ORDERED.

Submitted by:

Phillips & Thomas LLC

/s/ George J Thomas 19230
5251 W 116th Terr Ste 200
Leawood KS 66211
Phone: 913 385 9900
Email: geojthomas@gmail.com
Counsel for Debtor