# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: Blush Bootcamp LLC, | ) | Case No. 24-20785 |
| | ) | |
| Debtor | ) | Chapter: 11 (Voluntary) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
## ON BEHALF OF YOU CAN DO HARD THINGS, LLC

WM Law provides notice of its appearance on behalf of creditor **You Can Do Hard Things, LLC** pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. § 1109(b).

PLEASE TAKE NOTICE the undersigned requests that all applications, complaints, motions, notices, orders, petitions, pleadings, disclosure statements, plans of reorganization or liquidation, reports, and papers filed in the above-captioned bankruptcy proceeding, which are authorized or required by any provision of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court, and by any request, instruction, or directive of the Office of the United States Trustee, be served upon NYY, LLC, as well as its attorneys as follows:

Ryan A. Blay
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claims, or suit by NYY, LLC is intended to waive: (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other actions, claims, defenses, privileges, rights, set-offs and recoupments to which NYY, LLC may be entitled under any agreements, at law, or in equity, all of which are hereby expressly reserved.

1

Dated: August 21, 2024

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
*Attorney for Creditor* You Can Do Hard Things, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to all parties notified by the US Bankruptcy Court's electronic notification system, on this 20th day of August, 2024.

s/ Ryan A. Blay