**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of August, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) |
| | )   Case No. 24-20785 |
| Blush Bootcamp LLC *et. al.*, | )   Chapter 11 |
| | )   Jointly Administered |
| | ) |
| Debtor | ) |

ORDER GRANTING APPLICATION TO EMPLOY

1. Counsel for Debtor's application to employ is hereby GRANTED.

IT IS SO ORDERED.

Submitted by:

Phillips & Thomas LLC

/s/ George J Thomas 19230
5251 W 116th Terr Ste 200
Leawood KS 66211
Phone: 913 385 9900
Email: geojthomas@gmail.com
Counsel for Debtor

In re:

Blush Bootcamp LLC
      Debtor

Case No. 24-20785-RDB

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

**Recip ID          Recipient Name and Address**
db             + Blush Bootcamp LLC, 13301 W. 133rd Ct., Apt 2302, Overland Park, KS 66213-5195

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George D. Halper | on behalf of Creditor Regent Bank ghalper@mvplaw.com  dmcdaniel@mvplaw.com,hmcclain@mvplaw.com |
| George J. Thomas | on behalf of Debtor Blush Bootcamp Prairie Village LLC geojthomas@gmail.com john504pir@aol.com;johnphillipsattorney@gmail.com |
| George J. Thomas | on behalf of Debtor Blush Bootcamp Leawood LLC geojthomas@gmail.com john504pir@aol.com;johnphillipsattorney@gmail.com |
| George J. Thomas | on behalf of Debtor Blush Bootcamp Ankeny LLC geojthomas@gmail.com john504pir@aol.com;johnphillipsattorney@gmail.com |
| George J. Thomas | on behalf of Debtor Blush Bootcamp Franchising Systems LLC geojthomas@gmail.com |

john504pir@aol.com;johnphillipsattorney@gmail.com

George J. Thomas

on behalf of Debtor Blush Bootcamp Omaha LLC geojthomas@gmail.com
john504pir@aol.com;johnphillipsattorney@gmail.com

George J. Thomas

on behalf of Debtor Blush Bootcamp Juliet LLC geojthomas@gmail.com  john504pir@aol.com;johnphillipsattorney@gmail.com

George J. Thomas

on behalf of Debtor Blush Bootcamp LLC geojthomas@gmail.com  john504pir@aol.com;johnphillipsattorney@gmail.com

George J. Thomas

on behalf of Debtor Blush Bootcamp Plantation LLC geojthomas@gmail.com
john504pir@aol.com;johnphillipsattorney@gmail.com

George J. Thomas

on behalf of Debtor Passionate Lives LLC geojthomas@gmail.com  john504pir@aol.com;johnphillipsattorney@gmail.com

John Nemecek

on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

John T. Coghlan

on behalf of Creditor BMO Bank  N.A. john.coghlan@kutakrock.com,
Julie.rowell@kutakrock.com;KansasCity.LitigationDocketing2@KutakRock.com

Jordan M Sickman

on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Justin M Nichols

on behalf of Creditor BMO BANK  N.A. justin.nichols@kutakrock.com,
kansascity.litigationdocketing2@kutakrock.com,becky.fitzgerald@kutakrock.com

Justin M Nichols

on behalf of Creditor BMO Bank  N.A. justin.nichols@kutakrock.com,
kansascity.litigationdocketing2@kutakrock.com,becky.fitzgerald@kutakrock.com

Richard A Kear

on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Robbin L Messerli

rob.messerli@gunrockvp.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 18