U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/22/2024
Hon. Robert D. Berger, Presiding

01:30 PM

_____

Case Information:
    24-20785 Blush Bootcamp LLC   Chapter: 11
Judge: RDB    Filed: 06/24/2024     Pln Confirmed:

_____

Appearances:
- ✓ George J. Thomas   representing  Blush Bootcamp LLC  (Debtor)
- ✓ George D. Halper representing Regent Bank (Creditor)
- ✓ Robbin L Messerli  (Trustee)
- ✓ Ryan Graham representing Empowered Fitness 4U, MJS Fitness & Wellness, LLC, NYY, LLC, Women's Fitness First, LLC, You Can Do Hard Things, LLC (Creditors)
- ✓ Bryan Killion (Accountant)
- ✓ Richard A Kear  representing  U.S. Trustee

_____

Issue(s):
    [15]  Order Scheduling Chapter 11 Status Conference Signed on 6/25/2024 Status hearing to be held on 8/1/2024 at 02:00 PM at Kansas City Courtroom 151. Pre-Status Report Due By 7/18/2024.
Notes/Decision:

_____

Update by Mr. Thomas.  Debtors resolved objections to Cash Collateral.  Intends to file plan before deadline set of September 23rd.

Mr. Messerli had questions regarding financial statements.

Mr. Kear questioned why there hadn't been an application to employ accountant.  Looking for clarification of financial statements.

Mr. Halper had questions about plan deadline and claims deadline.

Mr. Thomas questioned Bryan Killion the accountant on the phone regarding financial questions other parties were questioning.

_____

Courtroom Deputy: Shawna Taylor
ECRO Reporter:  Nicole Sillings