IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE**:**                                              )
                                                        )
Blush Bootcamp LLC *et. al*.,                           )
                                                        )          Case No. 24-20785
                                                        )          Ch. 11
                                                        )          Jointly Administered
                        Debtors,                        )
                                                        )

## <u>NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON APPLICATION TO EMPLOY</u>

        NOTICE IS HEREBY GIVEN, that if no written response is filed to Debtor's Application to Employ on or before <u>September 16, 2024</u>, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held. If an objection or response is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Ave., Rm. 151, Kansas City, Kansas 66101 on <u>September 26, 2024 at 1:30 pm</u>, or as soon thereafter as the Court's schedule permits.

                                        Respectfully Submitted,

                                        Phillips & Thomas LLC

                                        By**:** <u>/s/ George J. Thomas 19230</u>
                                        5251 W 116th Place, Ste 200
                                        Leawood KS 66211
                                        Phone:  (913) 385 9900
                                        Email:  geojthomas@gmail.com

                        <u>Certificate of Service</u>

        I hereby certify that the above notice, along with Debtor's Application to Employ, was filed in the US Bankruptcy Court for the District of Kansas and served on the creditors in the attached mailing matrix via ECF or US Mail, postage prepaid, on 8/26/2024.

/s/ George J. Thomas

_____
Counsel for Debtor

Abacus CPAs
1835 E Republic Rd
Ste 200
Springfield MO 65804

Accurate Commercial
9500 University Ave
Ste 2112
West Des Moines IA 50266

Bailey Borlack et al LLC
150 S Wacker Ste 2400
Chicago IL 60608

Bear Window Cleaning Service
425 Ramsey Ln
Cookeville TN 38501

Bergman
9411 F Street
Omaha NE 68127

BMO Bank
150 S Wacker Ste 2400
Chicago IL 60606

BP Market Square LLC
100 Walnut St Ste 2000
Copaken Brooks
Kansas City MO 64106

Cherry Hills Properties LLC
c/o Colliers International
4520 Main St
Ste 1000
Kansas City MO 64111

Colliers Intl
4520 Main St
Ste 1000
Kansas City MO 64111

David Steinberg PC
550 W Merrill
Ste 100
Birmingham MI 48009

EDIL Loan
Small Business Administration
409 3rd St SW
Washington DC 20416

Falgers Inc DBA Parkway Center
Townsite Tower
534 S Kansas Ave Ste 175
Topeka KS 66604

Fastsigns Natl Advert Council
2542 Highlander Way
Carrollton TX 75006

Fundation
11501 Sunset Hills Rd
Reston VA 20190

Geneva Capital LLC
1311 Broadway St
Alexandria MN 56308

Internal Revenue Service
Special Procedures Branch
271 W 3rd St N    Ste 3000
STOP 5333 WIC
Wichita KS 67202

Iowa Department of Revenue
1305 E Walnut St
4th Floor 0107
Des Moines IA 50319

Iowa Dept of Revenue
Accounts Receivable
PO Box 10471
Des Moines IA 50306

IRS
PO Box 7346
Philadelphia PA 19101-7346

Kansas Dept of Revenue
Division of Taxation
120 SE 10th Ave
PO Box 3506
Topeka KS 66625

Kaster Architects Inc
7304 W 130th St Ste 170
Overland Park KS 66213

Kelly Gellert
2408 W 180th St
Stilwell KS 66085

Kelly Gelllert
2408 W 180th St
Stilwell KS 66085

KMCI
Scripps Media INc
PO Box 204224
Dallas TX 75320

Leviton Law Firm Ltd
1 Pierce Place
Ste 725W
Itasca IL 60143

MacroLease
185 Express St
Ste 100
Plainview NY 11803

Maenner and Assoc LLC
2723 Stockley Ln
Downingtown PA 19335

Markel Service Inc
PO Box 660862
Dallas TX 75266

Max Gellert
13301 W 133rd Ct
Apt 2302
Overland Park KS 66213

Max Gellert
13301 W 133rd Ct
Ste 2302
Overland Park KS 66213

Mulligan  Funding
4715  Viewridge  Ave
Ste  100
San Diego CA 92123


Quality  Hill  KC  LLC
221  Bolivar  St
Jefferson City MO 65101


Regent  Bank
7136  S  Yale  Ave
Ste  100
Tulsa OK 74136


RPT  Realty  LP
PO  Box  30344
Tampa FL 33630


Shopify
33  New  Montgomery  St
Ste  750
San Francisco CA 94105


Shoppes  of  Grayhawk
c/o  The  Lundco
450  Regency  Pkwy  Ste  200
Omaha NE 68144


Small  Business  Administration
14925  Kingsport  Rd
Fort Worth TX 76155-2243


Somerset  Plaza
4601-4621  W  90th  Street
Overland Park KS 66207


Somerset  Plaza  Holdings  LLC
11415  W  87th  Terr
Overland Park KS 66214


Whitfield  Eddy  Law
Attn:  Anna  Mallen
699  Walnut  St  Ste  2000
Des Moines IA 50309